**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                              PLAINTIFF

v.                                          NO. 4:14CR00010 (12)(15) JLH

TELLYS ARKEITH CLEMMONS
and EDDIE JEROME GILLIAM                                                                          DEFENDANTS

## ORDER

The docket in this matter reflects that J. Blake Hendrix, Jr., entered his appearance as retained counsel for defendant Tellys Arkeith Clemmons at plea and arraignment on April 7, 2014. Subsequently, United States Magistrate Judge Beth Deere appointed CJA Panel Attorney Patrick L. Spivey to represent Eddie Jerome Gilliam on April 17, 2014, with a *nunc pro tunc* date of April 15, 2014. Mr. Hendrix and Mr. Spivey are both lawyers at the Fuqua Campbell law firm. The Court has determined that a Federal Rule of Criminal Procedure 44(c) hearing should be scheduled to address this matter.

IT IS THEREFORE ORDERED that a Rule 44(c) hearing to address the representation of defendants Clemmons and Gilliam by lawyers of the same law firm is hereby scheduled for **2:00 p.m., on THURSDAY, NOVEMBER 6, 2014**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, in Little Rock, Arkansas.

Counsel for the government is directed to ensure the proper writ is timely prepared for the marshals to transport Eddie Jerome Gilliam to the hearing.

IT IS SO ORDERED this 20th day of October, 2014.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE